Opinion approved by the Court.

## GRAY v. STATE.
### No. 25025.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while under the influence of intoxicating liquor, and his punishment was assessed at a fine of Fifty Dollars.

There are no bills of exception nor a statement of facts in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

## KLEIN v. STATE.
### No. 25027.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving, while intoxicated, of a motor vehicle upon a public highway; the punishment, a fine of $50.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.